[No. 44172-1-II. Division Two. October 14, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN MICHAEL BALE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 12-1-00762-2, Steven B. Dixon, J., entered November 9, 2012. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Maxa and Lee, JJ.

[No. 44515-8-II. Division Two. October 14, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH CHENEY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 12-1-01177-7, Marilyn K. Haan, J., entered February 4, 2013. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, A.C.J., and Lee, J.

[No. 44825-4-II. Division Two. October 14, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CHADWICK DONALD PRITCHARD, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 12-1-01124-7, Steven B. Dixon, J., entered April 26, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Worswick and Maxa, JJ.

[No. 31543-6-III. Division Three. October 14, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. HERBERT ELMER ELLSWORTH, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 12-1-00066-5, John M. Antosz, J., entered March 26, 2013. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Brown, A.C.J., and Korsmo, J.